NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: EFTIM JOSIF ADHAMI,**
*Appellant*

---

2024-1218

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/480,105.

---

**JUDGMENT**

---

MARTIN S. HIGH, Martin S. High, P.C., Clemson, SC, argued for appellant.

MARY L. KELLY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Coke Morgan Stewart.  Also represented by AMY J. NELSON, SHEHLA WYNNE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE and PROST, *Circuit Judges*, and BUMB, *Chief District Judge[1]*).

## AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 16, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Renée Marie Bumb, Chief Judge, United States District Court for the District of New Jersey, sitting by designation.